# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| JAMES EDWARD JONES, )<br>*Plaintiff* )<br>v. )<br> )<br> )<br>DEPARTMENT OF CORRECTIONS, et al )<br>*Defendant* | Civil Action No.  CV-13-075-RMP |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: the First Amended Complaint, ECF No. 13, is DISMISSED without prejudice to pursuing an appropriate state court or federal habeas remedy. If Plaintiff wishes to challenge the conditions of his present confinement, he may file a separate action in the Western District of Washington.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for


Date: August 27, 2013

*CLERK OF COURT*

SEAN F. McAVOY

s/ Sheila Parpolia
*(By) Deputy Clerk*

Sheila Parpolia